IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

13 JAN 23 PM 5:39

OFFICE OF THE CLERK

| UNITED STATES OF AMERICA, | 8:13CR25 |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | 31 U.S.C. § 5324(a)(1) |
| PETER V. BRISTOL, | 31 U.S.C. § 5324(a)(3) |
| | 31 U.S.C. §§ 5324(d)(1) |
| Defendant. | 18 U.S.C. § 2 |
| | 31 C.F.R. § 103.11(gg) |
| | 31 U.S.C. § 5317 |

The Grand Jury Charges that:

### COUNTS I THROUGH XII

### (STRUCTURING - 31 U.S.C. § 5324(a)(1))

On or about the dates set forth in Counts I through XI below in the District of Nebraska, the Defendant, PETER V. BRISTOL, as described below in Counts I through XII, knowingly and for the purpose of evading the reporting requirements of Section 5313(a) of Title 31, United States Code, and the regulations promulgated thereunder, including Title 31, Code of Federal Regulations, Section 103.11, did cause and attempt to cause a domestic financial institution, to wit: Security National Bank (SNB) to fail to file a report required under Section 5313(a) of Title 31, and any regulation prescribed under any such section:

| COUNT | DATE | CURRENCY DEPOSIT AMOUNT(S) | SECURITY NATIONAL BANK ACCT. # |
|---|---|---|---|
| Count I | 05/08/09 | $8,620<br>$1,460 | xxxxx883<br>xxxxx245 |
| Count II | 06/16/09 | $9,922<br>$ 400 | xxxxx883<br>xxxxx245 |
| Count III | 07/15/09 | $9,900<br>$1,364 | xxxxx883<br>xxxxx245 |

1

| Count IV | 10/05/09 | $9,880<br>$1,365 | xxxxx883<br>xxxxx245 |
|---|---|---|---|
| Count V | 02/09/10 | $9,940<br>$1,600 | xxxxx883<br>xxxxx245 |
| Count VI | 07/01/10 | $6,650<br>$3,583 | xxxxx883<br>xxxxx245 |
| Count VII | 09/07/10 | $9,975<br>$1,400 | xxxxx883<br>xxxxx245 |
| Count VIII | 09/20/10 | $9,970<br>$   525 | xxxxx883<br>xxxxx245 |
| Count IX | 02/08/11 | $8,760<br>$2,400 | xxxxx883<br>xxxxx245 |
| Count X | 02/25/11 | $9,800<br>$1,800 | xxxxx883<br>xxxxx245 |
| Count XI | 04/02/11 | $7,166<br>$3,791 | xxxxx883<br>xxxxx245 |
| Count XII | 04/12/11 | $9,870<br>$1,363 | xxxxx883<br>xxxxx245 |

All in violation of Title 31, United States Code, Sections 5324 (a)(1) and 5324 (d)(1); and Title 31, Code of Federal Regulations, Section 103.11 (gg), and Title 18, United States Code, Section 2.

## COUNT XIII

### (STRUCTURING - 31 U.S.C. § 5324(a)(3))

From on or about February 2, 2009, to on or about November 12, 2011, in the District of Nebraska, the Defendant, PETER V. BRISTOL, knowingly and for the purpose of evading the reporting requirements of Section 5313(a) of Title 31, United States Code, and the regulations promulgated thereunder, did structure, assist in structuring, and attempt to structure and assist in structuring, approximately 93 transactions totaling approximately Eight Hundred Seventy-Eight

Thousand Eight Hundred Ninety-Seven Dollars ($878,897.00) with Security National Bank (SNB), a domestic financial institution.

All in violation of Title 31, United States Code, Sections 5324(a)(3) and 5324 (d)(1); and Title 31, Code of Federal Regulations, Section 103.11(gg), and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION

1. The allegations of Counts I through XII of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 31, United States Code, Section 5317.

2. As a result of the offenses alleged in Counts I through XII herein, PETER V. BRISTOL, shall forfeit to the United States any and all interest he has in all property, real and personal, involved in the offenses alleged in Counts I through XII, and all property constituting or derived from proceeds obtained directly or indirectly as a result of such violation including but not limited to the following:

**$137,953.06** in United States currency

If the above-described forfeitable property, as a result of any act or omission of the Defendant -

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 31, United States Code, Section 5317 to seek

forfeiture of any other property of said Defendant up to the value of the above forfeitable property.

In violation of Title 31, United States Code, Section 5317.

A TRUE BILL:

FOREPERSON

DEBORAH R. GILG
United States Attorney, D.NE.

The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

RUSSELL X. MAYER
Assistant United States Attorney